COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Richard Alan Haase v. Countrywide Home Loans, Inc. and Deutsche
                         Bank National Trust Company

Appellate case number:   01-20-00854-CV

Trial court case number: 07-DCV-161177

Trial court:             400th District Court of Fort Bend County

On October 12, 2021, Appellee Deutsche Bank National Trust Company filed an opposed Motion to Abate Appeal and to Direct the District Court [to] Take Up the Second Motion for Judgment Nunc Pro Tunc Under Texas Rule of Civil Procedure 316. This Court granted the motion to abate on November 2, 2021.

On November 10, 2021, Appellee filed a status report advising that the trial court granted Appellee's second Motion for Judgment Nunc Pro Tunc and a request that the Court reinstate the case on its active docket and set a new briefing deadline for Appellee's brief. Appellee's motion is **granted.**

The Court lifts the abatement and reinstates the appeal on its active docket. Appellee's brief is due **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas Molloy
                   Acting individually

Date:  November 23, 2021